UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, *Trustee,* and INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, <br><br> *Plaintiffs,* <br><br> v. <br><br> KASON CONSTRUCTION, INC., <br><br> *Defendant.* | No. 1:23-cv-01397-JMS-MJD |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiffs and against Defendant Kason Construction, Inc. in the amount of **$47,500**.

Date: 10/1/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**